**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAX KUSNER,

      Plaintiff,

v.                                           Case No:   6:24-cv-371-GAP-EJK

I.C. SYSTEM, INC., CHARTER
COMMUNICATIONS, INC. and
EQUIFAX INFORMATION
SERVICES, LLC,

      Defendants

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. 34) as to Defendants I.C. System, Inc. and Charter Communications, Inc., and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case against defendants Defendants I.C. System, Inc. and Charter Communications, Inc. is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions relating to Defendants I.C. System, Inc. and Charter Communications, Inc. are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 11, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties